**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

UNITED STATES OF AMERICA, :

v. : CASE NO.: 1:26-CR-4 (LAG)

AUBREY BROADWATER, :

Defendant. :

# ORDER

Before the Court is Defendant Aubrey Broadwater's Unopposed Motion to Continue in the Interests of Justice (Motion). (Doc. 23). Therein, Defendant moves to continue the trial in this matter, currently set for September 21, 2026. (*Id.* ¶ 4; Doc. 20; *see* Docket).

On March 10, 2026, Defendant was charged with one count of possession of a firearm by a convicted felon in violation of 18 U.S.C. §§ 922(g)(1) and 924(e). (Doc. 1). Defendant made his initial appearance on July 21, 2026, and pleaded not guilty. (Docs. 12, 13). On July 28, 2026, the Court entered an Order scheduling Defendant's pretrial conference and trial for August 27, 2026, and September 21, 2026, respectively. (Doc. 20). On August 18, 2026, Defendant filed the instant Motion. (Doc. 23). Therein, Defendant requests additional time to review discovery, "identify any investigative needs, conduct any necessary investigation, and determine if negotiations with the government for a pretrial resolution of the case might bear fruit." (*Id.* ¶ 2). Defendant represents that the Government does not oppose the Motion. (*Id.* ¶ 3).

Upon due consideration, the Court finds that the "ends of justice served by the granting of [a] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Specifically, the Court finds that failing to grant a continuance would result in a miscarriage of justice and deny Defendant's Counsel the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

Accordingly, Defendant's Motion (Doc. 23) is **GRANTED**, and the delay occasioned by this continuance shall be deemed **EXCLUDABLE** pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is hereby **ORDERED** that the pretrial conference and trial in the above-captioned matter shall be **CONTINUED** to a date to be determined later. The deadlines in the Court's July 28, 2026 Order (Doc. 20) are hereby terminated, and a new scheduling order will be forthcoming.

**SO ORDERED**, this 25th day of August, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**